[No. 19503-4-I. Division One. February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. SUZETTE M. SWAPP, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 86-8-00173-0, Harry A. Folman, J., entered

November 10, 1986. *Reversed* and *dismissed* by unpublished opinion per Scholfield, C.J., concurred in by Webster, J., and Williams, J. Pro Tem.